UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRANDEN BAKER | ) | |
| *PLAINTIFF* | ) | |
| v. | ) | CASE NUMBER:   3:09-CV-983-JPG-DGW |
| DR. DAVID ALFON | ) | |
| *DEFENDANT* | ) | |

# ORDER GRANTING PACER EXEMPTION

Currently before the Court is a request by Plaintiff Branden Baker for an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts. This motion (Doc. 24) is **GRANTED**.

The Court finds that Turner A. Rouse, an appointed lawyer on a prisoner civil rights case in this district, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Turner A. Rouse has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Turner A. Rouse shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of this action only. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. this fee exemption applies only to Turner A. Rouse and is valid only for the purpose stated above;

2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. by accepting this exemption, Turner A. Rouse agrees not to sell for profit any data obtained as a result of receiving this exemption;

    4.    Turner A. Rouse is prohibited from transferring any data obtained as a result of receiving this exemption;

    5.    this exemption is valid only until this action is terminated.

This exemption may be revoked at the discretion of the Court at any time. The Clerk of Court is **DIRECTED** to send a copy of this Order to the PACER Service Center, P. O. Box 780549, San Antonio, TX 78278.

**IT IS SO ORDERED.**

**Dated: October 12, 2010**

                                                            *s/ Donald G. Wilkerson*
                                                            **DONALD G. WILKERSON**
                                                            **United States Magistrate Judge**