# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

BRANDON BAKER,                    )
                                 )
    Plaintiff,           )
                                 )
    v.                   )    Case No. 09-cv-983-JPG-PMF
                                 )
LIEUTENANT PARKER, *et al*.,      )
                                 )
    Defendants.          )

## JUDGMENT

This matter having come before the Court, the issues having been heard and the Court having rendered decisions thereon, and the parties having stipulated to dismissal of the remaining claims,

IT IS HEREBY ORDERED AND ADJUDGED that this case and all claims are dismissed without prejudice.

**DATED: June 8, 2011**                    **NANCY ROSENSTENGEL**

                                        **By: S/Deborah Agans**
                                          **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**